135 F.3d 764
 Grace A. Holbrook, Administratrix of Estate of John P. Holbrook
v.
Lykes Bros. Steamship Co., Inc., Marine Transport Lines
Inc., Puerto Rico Marine Mgmt., Inc., Sea-Land Service,
Inc., Second Shipmor Associates v. Babcock & Wilcox Company,
Combustion Engineering, Inc., Foster-Wheeler Energy
Corporation, General Electric Co., Keene Corporation,
Independently, Successor in Interest to Ehret Magnesia
Manufacturing Company, Baldwin-Hill Company, Baldwin-Ehret-Hill,
 NO. 97-1211
 United States Court of Appeals,
Third Circuit.
 Dec 16, 1997
 
 1
 Appeal From: E.D.Pa. ,Nos.9201906, 9201951
 
 
 2
 Affirmed.